1  RICHARD P. SYBERT (SBN: 080731)
   rsybert@grsm.com
2  GORDON REES SCULLY MANSUKHANI
   5 Park Plaza, Suite 1100
3  Irvine, CA 92614
   Tel: (949) 255-6950 / Fax: (949) 474-2060
4
   Attorneys for Plaintiff
5  GORDON REES SCULLY MANSUKHANI LLP

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF CALIFORNIA**

| GORDON REES SCULLY MANSUKHANI LLP, | CASE NO. _____ |
|---|---|
| Plaintiff, | **DECLARATION OF RICHARD P. SYBERT IN SUPPORT OF GORDON REES SCULLY MANSUKHANI LLP'S PETITION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT** |
| vs. | |
| MSSK VENTURES, LLC; and KELLY GWIN, | |
| Defendants. | *Accompanied by:*<br>*Petition to Confirm Arbitration Award and Enter Judgment* |

I, Richard P. Sybert, declare and state as follows:

1. I am an attorney duly licensed to practice before all the Courts of the State of California and I am a partner with Gordon Rees Scully Mansukhani, LLP, counsel of record for Plaintiff Gordon Rees Scully Mansukhani LLP ("GRSM"). Except where otherwise stated or obvious from context, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto. I submit this declaration in support of Gordon Rees Scully Mansukhani LLP's Petition to Confirm Arbitration Award and Enter Judgment.

2. GRSM successfully defended a summary judgment motion after setting aside a default in the underlying Orange County Superior Court Cases Nos.

30-2021-01214263-CU-OR-NJC and 30-2022-01287031-CU-JR-CJC.

3. On or about May 28, 2024, GRSM filed the demand for arbitration with JAMS.

4. During the Arbitration, Defendants did not participate in the proceedings and the Arbitrator was satisfied that there had been ample notice and opportunity for the Defendants to be heard pursuant to JAMS Rules.

5. The Arbitrator determined based on a preponderance of the evidence, that GRSM proved its claim against Defendants for non-payment of legal fees and costs incurred pursuant to the April 1, 2023 Legal Services Agreement.

6. On April 3, 2025, the Arbitrator issued the final award in favor of GRSM in the amount of $106,777.08. A true and correct of the Arbitration Award is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 16, 2025 at San Diego, California.

                                            */s/ Richard P. Sybert*
                                            Richard P. Sybert